IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:       Daniel A. Fountain            )      CASE NO: 22-50969
                                           )
                                           )      Judge: Hoffman
                                           )
             Debtor

Amendment to Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

____A/B      ____C      ____D      _X__E      _X_F

____G        ____H      ____I      ____J      ____Matrix

                        ____Other

Debtor represents that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.  Debtor Daniel A. Fountain certifies under penalty of perjury that the forgoing is true and correct.

Executed on: 4/26/22   /s/ Daniel A. Fountain
                       Signature of Debtors


**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address listed on the amendments, this April 26, 2022.  A copy was also served upon the United States Trustee and William Logan, Trustee.

                                    /s/ Ryan S. Connelly
                                    Signature of Attorney

**Original and one copy must be filed with the Clerk's Office.
**Amended pages of the petition, schedules or statement of affairs must be attached and signed by the debtor(s) on official forms.
** Amendments adding creditors must be accompanied by a matrix listing ONLY the Creditor's names and addresses which are being added.

Angel V. Poynter
5900 Roche Dr, Ste 325
Columbus, OH 43229

First Key Homes of Ohio LLC
1850 Parkway Place, Ste 900
Mariettta, GA 30067

Franklin County Municipal Court
375 S. High St, 3rd Floor
Columbus, OH 43215